# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ERNESTINE RENCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Consolidated Case |
| v. | ) | No. 4:07CV1355 RWS |
| | ) | |
| CITY OF ST. LOUIS TREASURER'S OFFICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| ERNESTINE RENCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Associated Case |
| v. | ) | No. 4:07CV1356 AGF |
| | ) | |
| CITY OF ST. LOUIS TREASURER'S OFFICE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Plaintiff has filed two similar employment discrimination actions against defendant. Because the complaints involve common questions of law and fact, the Court finds that the cases should be consolidated under Fed. R. Civ. P. 42 to avoid unnecessary costs and to promote judicial efficiency.

Accordingly,

**IT IS HEREBY ORDERED** that <u>Rencher v. City of St. Louis Treasurer's Office</u>, 4:07CV1356 AGF, is consolidated into <u>Rencher v. City of St. Louis Treasurer's Office</u>, 4:07CV1355 RWS, for remaining pretrial proceedings and trial.  All future pleadings shall be filed as Consolidated Case No. 4:07CV1355 RWS, with the consolidated case caption set forth above.

Dated this   7th   Day of August, 2007.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE